**ERIKSON LAW GROUP**
David Alden Erikson (SBN 189838)
Antoinette Waller (SBN 152895)
S. Ryan Patterson (SBN 279474)
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: 323.465.3100
Facsimile: 323.465.3177

Attorneys for Plaintiff

R. David Donoghue (SBN 205730)
Anthony J. Fuga, *admitted pro hac vice*
**HOLLAND & KNIGHT LLP**
150 N. Riverside Plaza, Suite 2700
Chicago, Illinois 60606
Phone: 312-578-6553
Fax: 312-578-6666

Attorneys for Defendants

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LEONARD MCGURR, professionally known as "Futura," an individual;<br><br>Plaintiff,<br><br>v.<br><br>THE NORTH FACE APPAREL CORP., a Delaware corporation; V.F. CORPORATION, a Pennsylvania corporation; and DOES 1-10 inclusive.<br><br>Defendants. | Case No. 2:21-cv-00269 SB (PDx)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Original complaint: 1/12/21<br>Responsive pleading filed: 3/22/21 |

1                                                                                    JOINT NOTICE OF SETTLEMENT

Pursuant to the Court's Standing Order (Dkt. No. 12, at 1(d)), Plaintiff Leonard McGurr ("Plaintiff") on the one hand, and Defendants The North Face Apparel Corp. ("The North Face") and V.F. Corp. ("VF" and, collectively with The North Face, "Defendants"), on the other hand, hereby jointly inform the Court that Plaintiff and Defendants have reached a global settlement that will resolve all of the claims in this litigation. Plaintiff and Defendants are diligently working on documenting the settlement, and the parties expect to be in a position to file a stipulation of dismissal with prejudice within 60 days. The parties request that all pending case deadlines be suspended, pending dismissal.

DATED: April 21, 2022         HOLLAND & KNIGHT LLP

                              By:     *R. David Donoghue*
                                   R. David Donoghue
                                   Anthony Fuga
                                   *Attorneys for Defendants The North Face Apparel Corp. and V.F. Corp.*

DATED: April 21, 2022         ERIKSON LAW GROUP

                              By:     *David A. Erikson*
                                   David A. Erikson
                                   *Attorneys for Plaintiff*

Additional counsel [continued from caption]

**GLUCK LAW FIRM P.C.**
Jeffrey S. Gluck (SBN 304555)
2125 S. Beverly Drive
Los Angeles, California 90034
Telephone: 310.776.7413

*Attorneys for Plaintiff*

Stacey Wang (SBN 245195)
**HOLLAND & KNIGHT LLP**
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Telephone 213.896.2400
Facsimile 213.896.2450
E-mail: stacey.wang@hklaw.com

Cynthia A. Gierhart, *admitted pro hac vice*
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DC 20006
Phone: 202-469-5416
Fax: 202-955-5564
Email: Cindy.Gierhart@hklaw.com

*Attorneys for Defendants The North Face Apparel Corp. and V.F. Corp.*

# FILER'S ATTESTATION

Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized this filing.

Dated: April 21, 2022    HOLLAND & KNIGHT LLP

By:   R. David Donoghue
R. David Donoghue
Anthony Fuga
Attorneys for Defendants
The North Face Apparel
Corp. and V.F. Corp.